■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUELINE CELESTINE DOZIER, Appellant.—Judgment of the Supreme Court, Suffolk County, rendered May 17, 1977, affirmed. No opinion. This case is remitted

to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, J. P., Damiani, Titone and Suozzi, JJ., concur.